IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ANGELA BIRKMAN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| L.L.C., INC., d/b/a PERFECT 10 MEN'S CLUB, | § § § § | 1:16-CV-401-RP |
| Defendant. | § § § | |

## ORDER

Before the Court is the above-styled cause of action. On May 2, 2016, the Court ordered the parties to submit a report on the result of mediation, to the extent necessary, as well as a status update on the parties' intent to submit the matter to arbitration and the impact of arbitration on this proceeding (Dkt. 13). The parties were ordered to submit said report on or before July 8, 2016. To date, no such report has been filed.

Accordingly, Plaintiff is ordered to show cause, in the form of a written submission to the Court, as to why this case should not be dismissed for failure to obey an order of the Court or for want of prosecution. Plaintiff's submission is due on or before July 15, 2016.

**SIGNED** on July 11, 2016.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE